| AO 10*<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Dorsey, Jennifer A. | 2. Court or Organization<br><br>US District Court - Nevada | 3. Date of Report<br><br>01/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 01/03/2013<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Equity Partner/Equity Shareholder | Kemp Jones & Coulthard, L.L.P. |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/01/2004 | Kemp Jones & Coulthard, LLP Limited Liability Partnership Agreement - Equity partner in law firm partnership |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Kemp Jones & Coulthard, L.L.P./ salary, guaranteed payments, and distributions | $1,946,350.00 |
| 2. | 2011 | Kemp Jones & Coulthard, L.L.P./salary, guaranteed payments, and distributions | $1,538,784.36 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Snell & Wilmer L.L.P. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kemp Jones & Coulthard, LLP Profit Sharing Plan | E | Distribution | N | T | Exempt | | | | |
| 2. Snell & Wilmer Profit Sharing Plan | E | Interest | K | T | | | | | |
| 3. Horizon Ridge Professional Park, L.P. | B | Interest | K | W | | | | | |
| 4. US Series EE Savings Bonds | A | Interest | J | T | | | | | |
| 5. American Funds Bond Fund of America 529 | A | Interest | K | T | | | | | |
| 6. American Funds Growth Fund of America 529 | A | Interest | K | T | | | | | |
| 7. American Funds Capital World Bond Fund 529 | A | Interest | J | T | | | | | |
| 8. American Funds EuroPacific Growth Fund 529 | A | Interest | J | T | | | | | |
| 9. American Funds New World Fund 529 | A | Interest | J | T | | | | | |
| 10. American Funds US Gov't Sec Fund 529 | A | Interest | J | T | | | | | |
| 11. American Funds Fund of America 529 | A | Interest | J | T | | | | | |
| 12. Trust #1 | | | | | | | | | |
| 13. - Wells Fargo Cash Accounts | A | Interest | L | T | | | | | |
| 14. - Greenhaven Continuous Comm. Index Fund | A | Interest | | | | | | | |
| 15. - US Commodity Index Fund | A | Interest | | | | | | | |
| 16. - Powershares DB US Dollar Index Fund | A | Interest | | | | | | | |
| 17. - Morgan Stanley Cash Accounts | A | Interest | N | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - NAA 2006-AP1 bond | A | Interest | K | T | | | | | |
| 19. - Chaseflex Trust 2005-1-A5 bond | A | Interest | K | T | | | | | |
| 20. - Banc America FDG 2005-6 bond | A | Interest | J | T | | | | | |
| 21. - Legg Mason WA Short Duration Municipal Income Fund | A | Dividend | O | T | | | | | |
| 22. - Miami Dade County Special Obligation Municipal Bond (X) | A | Dividend | L | T | | | | | |
| 23. - EV High Yield Municipal Bond Fund (X) | A | Dividend | K | T | | | | | |
| 24. - Western Asset Municpal Bond High Income Fund (X) | A | Dividend | K | T | | | | | |
| 25. - Lord Abbott High Yield Municipal Bond Fund (X) | A | Dividend | K | T | | | | | |
| 26. - Mainstay High Yield Municipal Bond Fund (X) | A | Dividend | K | T | | | | | |
| 27. - Nuveen High Yield Municipal Bond Fund (X) | A | Dividend | K | T | | | | | |
| 28. - Nuveen All-American Municpal Bond Fund (X) | A | Dividend | K | T | | | | | |
| 29. - Enterprise Partners stock | A | Interest | K | T | | | | | |
| 30. - iShares Barclays 3-7 Year Treasury Fund | A | Dividend | K | T | | | | | |
| 31. - ProShares Ultra 7-10 Year Treasury ETF | A | Dividend | K | T | | | | | |
| 32. - ProShares Ultra S&P 500 ETF | A | Dividend | K | T | | | | | |
| 33. - S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 34. - 3M Company stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/03/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AmeriGas Partners stock | A | Dividend | J | T | | | | | |
| 36. - Amphenol Corp. stock | A | Dividend | J | T | | | | | |
| 37. - Apple, Inc. stock | A | Dividend | J | T | | | | | |
| 38. - Berkshire Hathaway Class B stock | A | Dividend | J | T | | | | | |
| 39. - Casey's General Stores stock | A | Dividend | J | T | | | | | |
| 40. - Cognizant Technology Solutions stock (X) | A | Dividend | J | T | | | | | |
| 41. - Cohen & Steers Limited Duration stock | A | Dividend | J | T | | | | | |
| 42. - ConocoPhillips stock | A | Dividend | J | T | | | | | |
| 43. - CVS Caremark Corp stock | A | Dividend | J | T | | | | | |
| 44. - Devon Energy stock | A | Dividend | J | T | | | | | |
| 45. - Diamond Offshore Drilling stock | A | Dividend | J | T | | | | | |
| 46. - Dorman Products stock | A | Dividend | J | T | | | | | |
| 47. - Dollar Tree stock (X) | A | Dividend | J | T | | | | | |
| 48. - Ecolab, Inc. stock | A | Dividend | J | T | | | | | |
| 49. - El Paso Pipeline Partners stock | A | Dividend | J | T | | | | | |
| 50. - Enbridge Energy Partners stock | A | Dividend | J | T | | | | | |
| 51. - Energy Transfer Equity LP stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Energy Transfer Partners LP stock | A | Dividend | J | T | | | | | |
| 53. - EV Energy Partners stock | A | Dividend | J | T | | | | | |
| 54. - Express Scripts Holding Co. stock | A | Dividend | J | T | | | | | |
| 55. - First Trust Tech AlphaDEX ETF | A | Dividend | J | T | | | | | |
| 56. - General Mills Inc. stock | A | Dividend | J | T | | | | | |
| 57. - Genesis Energy, LP stock | A | Dividend | J | T | | | | | |
| 58. - Google, Inc. stock | A | Dividend | J | T | | | | | |
| 59. - Guggenheim Enhanced Short Duration ETF | A | Dividend | J | T | | | | | |
| 60. - Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 61. - Halliburton stock | A | Dividend | J | T | | | | | |
| 62. - Intuit Corp stock | A | Dividend | J | T | | | | | |
| 63. - iShares Barclays 1-3 Year Treasury Fund stock | A | Dividend | J | T | | | | | |
| 64. - iShares Barclays Aggregate Bond Fund | A | Dividend | J | T | | | | | |
| 65. - iShares Dow Jones US Real Estate Index Fund | A | Dividend | J | T | | | | | |
| 66. - iShares High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 67. - iShares IBoxx High Yield Corporate Fund | A | Dividend | J | T | | | | | |
| 68. - iShares IBoxx Investment Grade Corporate Bond Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
U =Book Value     V =Other     W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - iShares S&P Midcap 400 Index Fund (X) | A | Dividend | K | T | | | | | |
| 70. - iShares Dow Jones US Financial Sector Fund (X) | A | Dividend | J | T | | | | | |
| 71. - iShares Core S&P Total US Stock Fund (X) | A | Dividend | J | T | | | | | |
| 72. - Johnson & Johnson stock | A | Dividend | J | T | | | | | |
| 73. - Kellogg Co. stock | A | Dividend | J | T | | | | | |
| 74. - Kimberly Clark Corp stock (Y) | | | | | | | | | |
| 75. - Kinder Morgan Energy Partners, LP stock | A | Dividend | J | T | | | | | |
| 76. - Kinder Morgan Management, LLC stock | A | Dividend | J | T | | | | | |
| 77. - Lincoln Electric Holdings, Inc. stock | A | Dividend | J | T | | | | | |
| 78. - Linn Energy LLC stock | A | Dividend | J | T | | | | | |
| 79. - LKQ Corp. stock | A | Dividend | J | T | | | | | |
| 80. - Magellan Midstream Partners, LP stock | A | Dividend | J | T | | | | | |
| 81. - Markwest Energy Partners | A | Dividend | J | T | | | | | |
| 82. - MS StepUp Autocall on Apple, Inc. stock (X) | A | Dividend | J | T | | | | | |
| 83. - Mastercard, Inc. stock | A | Dividend | J | T | | | | | |
| 84. - Middleby Corp. stock | A | Dividend | J | T | | | | | |
| 85. - Monro Muffler & Brake stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Nike, Inc. stock | A | Dividend | J | T | | | | | |
| 87. - Novo Nordisk A/S stock | A | Dividend | J | T | | | | | |
| 88. - Nustar Energy LP stock | A | Dividend | J | T | | | | | |
| 89. - Oneok Partners, LP stock | A | Dividend | J | T | | | | | |
| 90. - Oracle Corp. stock | A | Dividend | J | T | | | | | |
| 91. - Pepsico, Inc. stock | A | Dividend | J | T | | | | | |
| 92. - Perrigo Co. stock | A | Dividend | J | T | | | | | |
| 93. - Phillips 66 stock | A | Dividend | J | T | | | | | |
| 94. - Plains All American Pipeline, LP stock | A | Dividend | J | T | | | | | |
| 95. - Powershares DB Commodity Index Fund | A | Dividend | J | T | | | | | |
| 96. - Priceline.com stock | A | Dividend | J | T | | | | | |
| 97. - ProShares Ultra Midcap 400 ETF Stock Fund (X) | A | Dividend | K | T | | | | | |
| 98. - Powershares DB US Dollar Index Bullish & Bearish Fund | A | Dividend | J | T | | | | | |
| 99. - Powershares DB Precious Metals Fund | A | Dividend | J | T | | | | | |
| 100. - Regency Energy Partners, LP stock | A | Dividend | J | T | | | | | |
| 101. - SPDR S&P Energy ETF | A | Dividend | J | T | | | | | |
| 102. - SPDR S&P Pharmaceuticals ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - SPDR Consumer Discretionary Select ETF | A | Dividend | J | T | | | | | |
| 104. - SPDR Industrial Select Sector ETF (X) | A | Dividend | J | T | | | | | |
| 105. - TJX Companies stock | A | Dividend | J | T | | | | | |
| 106. - Tupperware Brands Corp. stock | A | Dividend | J | T | | | | | |
| 107. - United Technologies Corp. stock | A | Dividend | J | T | | | | | |
| 108. - UBS Securities Autocall on JP Morgan Securities stock(X) | A | Dividend | J | T | | | | | |
| 109. - Vanguard Materials ETF (X) | A | Dividend | J | T | | | | | |
| 110. - Wells Fargo & Co. stock | A | Dividend | J | T | | | | | |
| 111. - Williams Partners, Ltd. stock | A | Dividend | J | T | | | | | |
| 112. - WMS Industries stock | | None | J | T | | | | | |
| 113. - Xylem, Inc. stock (Y) | | | | | | | | | |
| 114. - AES Corporation bond | A | Interest | J | T | | | | | |
| 115. - Alabama Power Co. bond | A | Interest | J | T | | | | | |
| 116. - Alliant Techsystems, Inc. bond | A | Interest | J | T | | | | | |
| 117. - American West Airlines SER 00-G bond | A | Interest | J | T | | | | | |
| 118. - Amerigas Partners, LP bond | A | Interest | J | T | | | | | |
| 119. - Apache Corp. bond | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Arch Coal, Inc. bond | A | Interest | J | T | | | | | |
| 121. - AT&T Inc. bond | A | Interest | J | T | | | | | |
| 122. - Avis Budget Car Rental, LLC bond | A | Interest | J | T | | | | | |
| 123. - Bank of America Corp. bond | A | Interest | J | T | | | | | |
| 124. - BE Aerospace, Inc | A | Interest | J | T | | | | | |
| 125. - Beckton Dickinson bond | A | Interest | J | T | | | | | |
| 126. - Caterpillar, Inc. bond | A | Interest | J | T | | | | | |
| 127. - CCO Holdings, LLC bond | A | Interest | J | T | | | | | |
| 128. - Centurylink, Inc. bond | A | Interest | J | T | | | | | |
| 129. - Chesapeake Energy Corp. bond | A | Interest | J | T | | | | | |
| 130. - Cisco Systems, Inc. bond | A | Interest | J | T | | | | | |
| 131. - Citigroup, Inc. bond | A | Interest | J | T | | | | | |
| 132. - Continental Airlines 2010-A bond | A | Interest | J | T | | | | | |
| 133. - Cott Beverages, Inc. bond | A | Interest | J | T | | | | | |
| 134. - Danaher Corp. bond | A | Interest | J | T | | | | | |
| 135. - Davita, Inc. bond | A | Interest | J | T | | | | | |
| 136. - Delta Airlines 2010 bond | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
     F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
     U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Denbury Resources, Inc. corporate bond | A | Interest | J | T | | | | | |
| 138. - Dover Corp. bond | A | Interest | J | T | | | | | |
| 139. - Duke Energy Carolinas bond | A | Interest | J | T | | | | | |
| 140. - Ferrell Gas, LP bond | A | Interest | J | T | | | | | |
| 141. - Ford Motor Credit bond | A | Interest | J | T | | | | | |
| 142. - Forest Oil Corp. bond | A | Interest | J | T | | | | | |
| 143. - Frontier Communications Corp. bond | A | Interest | J | T | | | | | |
| 144. - General Dynamics Corp. bond | A | Interest | J | T | | | | | |
| 145. - General Electric Cap Corp. bond | A | Interest | J | T | | | | | |
| 146. - Graphic Packaging International bond | A | Interest | J | T | | | | | |
| 147. - HCA Holdings, Inc. bond | A | Interest | J | T | | | | | |
| 148. - Healthsouth Corporation bond | A | Interest | J | T | | | | | |
| 149. - Hertz Corporation bond | A | Interest | J | T | | | | | |
| 150. - Hewlett Packard Co. bond | A | Interest | J | T | | | | | |
| 151. - Huntsman International, LLC bond | A | Interest | J | T | | | | | |
| 152. - International Lease Finance Corp. bond | A | Interest | J | T | | | | | |
| 153. - Iron Mountain, Inc. bond | A | Interest | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                    J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                        P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal                R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
(See Column C2)                 U =Book Value               V =Other                        W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 13 of 19

**Name of Person Reporting**

Dorsey, Jennifer A.

**Date of Report**

01/03/2013

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - JP Morgan Chase & Co. bond | A | Interest | J | T | | | | | |
| 155. - L-3 Communications bond | A | Interest | J | T | | | | | |
| 156. - Lamar Media Corp. bond | A | Interest | J | T | | | | | |
| 157. - Mediacom LLC bond | A | Interest | J | T | | | | | |
| 158. - Medtronic, Inc bond | A | Interest | J | T | | | | | |
| 159. - Merck & Co. bond | A | Interest | J | T | | | | | |
| 160. - Morgan Stanley corporate bond | A | Interest | J | T | | | | | |
| 161. - Peabody Energy Corporation bond | A | Interest | J | T | | | | | |
| 162. - Pepsico, Inc. bond | A | Interest | J | T | | | | | |
| 163. - Perkinelmer, Inc. bond | A | Interest | J | T | | | | | |
| 164. - PNC Funding Corp. bond | A | Interest | J | T | | | | | |
| 165. - Polymer Group, Inc. bond | A | Interest | J | T | | | | | |
| 166. - Praxair, Inc. bond | A | Interest | J | T | | | | | |
| 167. - Public Service Company of Colorado bond | A | Interest | J | T | | | | | |
| 168. - Range Resources Corp. bond | A | Interest | J | T | | | | | |
| 169. - Raytheon Company bond | A | Interest | J | T | | | | | |
| 170. - RR Donnelly & Sons Company bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - SPX Corporation bond | A | Interest | J | T | | | | | |
| 172. - Suburban Propane Partners bond | A | Interest | J | T | | | | | |
| 173. - Teekay Corp. bond | A | Interest | J | T | | | | | |
| 174. - Tenneco, Inc. bond | A | Interest | J | T | | | | | |
| 175. - ThermoFisher Scientific bond | A | Interest | J | T | | | | | |
| 176. - Time Warner Cable, Inc. bond | A | Interest | J | T | | | | | |
| 177. - Transdigm, Inc. bond | A | Interest | J | T | | | | | |
| 178. - US Bancorp bond | A | Interest | J | T | | | | | |
| 179. - Verizon Communications bond | A | Interest | J | T | | | | | |
| 180. - Wal-Mart Stores bond | A | Interest | J | T | | | | | |
| 181. - Weatherford International bond | A | Interest | J | T | | | | | |
| 182. - Wells Fargo & Co. bond | A | Interest | J | T | | | | | |
| 183. - JP Morgan Chase Reverse Convertible Option (Y) | | | | | | | | | |
| 184. - Morgan Stanley Step Up Note (Y) | | | | | | | | | |
| 185. - Agrium, Inc. stock (Y) | | | | | | | | | |
| 186. - Altria Group, Inc. stock (Y) | | | | | | | | | |
| 187. - American Capital Agency stock (Y) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Briggs & Stratton stock (Y) | | | | | | | | | |
| 189. - Bristol Myers Squibb stock (Y) | | | | | | | | | |
| 190. - Cenovous Energy stock (Y) | | | | | | | | | |
| 191. - CenturyLink stock (Y) | | | | | | | | | |
| 192. - Chevron Corp. stock (Y) | | | | | | | | | |
| 193. - Cisco Systems stock (Y) | | | | | | | | | |
| 194. - Coca Cola stock (Y) | | | | | | | | | |
| 195. - Ingersoll Rand PLC stock (Y) | | | | | | | | | |
| 196. - Intel Corp. stock (Y) | | | | | | | | | |
| 197. - JP Morgan Chase & Co. stock (Y) | | | | | | | | | |
| 198. - JP Morgan Chase Captial XVI Alerian MLP Index ETN (Y) | | | | | | | | | |
| 199. - DuPont El De Nemours stock (Y) | | | | | | | | | |
| 200. - General Electric stock (Y) | | | | | | | | | |
| 201. - Kraft Foods stock (Y) | | | | | | | | | |
| 202. - Life Technologies Corp. stock (Y) | | | | | | | | | |
| 203. - Materion Corp. stock (Y) | | | | | | | | | |
| 204. - McDonalds Corp. stock (Y) | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)           U =Book Value              V =Other                    W =Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Merck & Co. stock (Y) | | | | | | | | | |
| 206. - NCR Corp. stock (Y) | | | | | | | | | |
| 207. - Newcor Corp. stock (Y) | | | | | | | | | |
| 208. - Pall Corp. stock (Y) | | | | | | | | | |
| 209. - Phillip Morris International, Inc. stock (Y) | | | | | | | | | |
| 210. - Proctor & Gamble stock (Y) | | | | | | | | | |
| 211. - Royal Dutch Shell PLC stock (Y) | | | | | | | | | |
| 212. - Schlumberger, Ltd. stock (Y) | | | | | | | | | |
| 213. - Seadrill, Ltd. stock (Y) | | | | | | | | | |
| 214. - Siemems Aktiengesellschaft stock (Y) | | | | | | | | | |
| 215. - Southern Copper Corp. stock (Y) | | | | | | | | | |
| 216. - SPDR S&D Dividend ETF (Y) | | | | | | | | | |
| 217. - Suncor Energy, Inc. stock (Y) | | | | | | | | | |
| 218. - Terex Corp. stock (Y) | | | | | | | | | |
| 219. - Teva Pharmaceuticals stock (Y) | | | | | | | | | |
| 220. - Texas Instruments stock (Y) | | | | | | | | | |
| 221. - The Scotts Miracle-Gro Company stock (Y) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorsey, Jennifer A. | 01/03/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Utilities Select SDPR ETF (Y) | | | | | | | | | |
| 223. - Valmont Industries stock (Y) | | | | | | | | | |
| 224. - United Rentals bond (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jennifer A. Dorsey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 499 | 420 | Notes payable to banks-secured | | | |
| U.S. Government securities – Series EE | | | 846 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 774 | 819 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 30 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 476 | 458 |
| Real estate owned – see schedule | 1 | 370 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 70 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Municipal bonds | | 50 | 579 | | | | |
| Law Firm Profit Sharing Plans | | 380 | 458 | | | | |
| | | | | Total liabilities | | 476 | 458 |
| | | | | Net Worth | 3 | 699 | 664 |
| Total Assets | 4 | 176 | 122 | Total liabilities and net worth | 4 | 176 | 122 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |